

## O'CONNOR & O'CONNOR
### ATTORNEYS AT LAW

**7 BAYVIEW AVENUE**
**NORTHPORT, NEW YORK 11768**

| | | |
|---|---|---|
| **THOMAS M. O'CONNOR**★ | **(631) 261-7778** | **Of Counsel** |
| **PATRICIA A. O'CONNOR** | Fax **(631) 261-6411** | **CRAIG J. TORTORA** |
| | | **ROBERT C. POLIZZO, JR.** |
| **TANYA M. DeMAIO** | | **MARK R. GUARRIELLO** |
| **MICHAEL FEINER** | | |
| **JOSEPH T. O'CONNOR** | | |
| **RICHARD SHERIDAN** | | |
| **MARY A. BOLEN#** | | |
| **MAKAYLA McDERMOTT+** | | |

★ Also Admitted to Connecticut Bar
\# Admitted to Nevada Bar
+ Admitted to Connecticut Bar
\* Also Admitted to New Jersey Bar

*On consent, the Clerk of Court is respectfully directed to remand this action to New York State Supreme Court, Rockland County; to terminate ECF No. 8; and to close the case.*

July 22, 2024

Hon. Judge Cathy Seibel
Via ECF only

SO ORDERED.

*Cathy Seibel*    7/22/24

CATHY SEIBEL, U.S.D.J.

Re:    Raoul Etienne v. Walmart
       Docket No.:  24 CV 4596

Honorable Judge:

Enclosed herein please find a stipulation capping damages below the jurisdictional requirement for diversity jurisdiction.  In light of the executed stipulation, please remand this matter to state court.

Respectfully submitted,

O'CONNOR & O'CONNOR, ESQS.

Patricia A. O'Connor

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RAOUL ETIENNE,                                               **Docket No.:** 24CV4596

                                    Plaintiff,

        -against-

WAL-MART STORES, INC., WAL-MART STORES            **STIPULATION**
EAST, INC., WALMART ASSOCIATES INC.,
WALMART INC. and WAL-MART REALTY
COMPANY,

                                    Defendant.
-----------------------------------------------------------------------X


        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

the plaintiff's damages in this action are capped at $74,999.99.


Dated:  July 17, 2024



_Michelle Jean-Jacques_                          _____
HARMON, LINDER & ROGOWSKY              O'CONNOR & O'CONNOR
Attorneys for Plaintiff                          Attorneys for Defendant
143 West 29th Street, Suite 1104                7 Bayview Avenue
3 Park Avenue, 23rd Floor, Suite 2300          Northport, New York 11768
(212) 967-2011                                   (631) 261-7778